UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 15-CR-20015 |
| ) | |
| NICOLE C. EASON, ) | |
| ) | |
| Defendant. ) | |

## STATEMENT OF THE CASE

This is a criminal case charged by way of indictment. The defendant, Nicole C. Eason, is charged with two counts of kidnapping two different minors. The first count of kidnapping charges that that the defendant kidnapped Minor Victim 1 from on or about February 18, 2007 to April 6, 2007. In Count Two, the defendant is charged with transporting Minor Victim 1 with the intent to engage in illegal sexual activity, during that same time period. In addition, the defendant is charged in Count Three with kidnapping Minor Victim 2 on or about July 29, 2008 to September 8, 2008.

The defendant has pleaded not guilty.

                                      Respectfully submitted,

                                      JAMES A. LEWIS
                                      UNITED STATES ATTORNEY

| | |
|---|---|
| *s/Elly M. Peirson* | *s/Jennifer Toritto Leonardo* |
| Elly M. Peirson, Bar No. IL 6298075 | Jennifer Toritto Leonardo |
| Assistant United States Attorney | Trial Attorney, Child Exploitation and Obscenity Section |
| 201 S. Vine St., Suite 226 | Department of Justice, Criminal Division |
| Urbana, IL 61802 | 1400 New York Ave. NW, 6th Floor |
| Phone:   217/373-5875 | Washington, DC 20530 |
| elly.peirson@usdoj.gov | Telephone: (202) 514-5780 |
| | Jennifer.leonardo@usdoj.gov |

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.   Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> *s/Elly M. Peirson*
> Elly M. Peirson, IL Bar No. 6298075
> Assistant United States Attorney
> 201 S. Vine Street, Suite 226
> Urbana, Illinois 61802
> Telephone: (217) 373-5875
> elly.peirson@usdoj.gov