UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 15-CR-20015 |
| NICOLE C. EASON, | ) | |
| Defendant. | ) | |

## THE UNITED STATES OF AMERICA'S AMENDED EXHIBIT LIST

NOW COMES the United States of America, by James A. Lewis, United States Attorney for the Central District of Illinois, Elly M. Peirson, Assistant United States Attorney, and Jennifer Toritto Leonardo, Trial Attorney, and hereby states that it intends to introduce the following exhibits in its case-in-chief in the above captioned case:

| NO. | DESCRIPTION | ADMITTED | NOT ADMITTED |
|---|---|---|---|
| 1A. | Emails to/from Cheryl R. from February 2007 through April 2007 (Bates 3005 - 3159, 3167-3171) | | |
| 1B. | Summary exhibit and other selected Emails to/from Cheryl R. from February 2007 through April 2007. | | |
| 2A. | Envelope from Easons to Cheryl R. post marked March 21, 2007 | | |
| 2B. | Picture of K.R. - "first dinner…" | | |
| 2C. | Picture of K.R. - "plain ol…." | | |
| 2D. | Picture of K.R. - "pure 7yr old" | | |

| | | | |
|---|---|---|---|
| 2E. | Picture of K.R. - "kiss butt dad" | | |
| 2F. | Picture of K.R. - "that tickles mom" | | |
| 3. (group) | Emails to/from Megan E. | | |
| 4. (group) | Emails to/from Lisa B. | | |
| 5A. (group) | Emails to/from Gary B. | | |
| 5B. | Summary exhibit and selected emails to/from Gary B. | | |
| 6A. | Website documents – www.freewebs.com/momma-bear/our story.htm | | |
| 6B. | Last page of home study document from | | |
| 7A. | Sample home study from 1-800-adoption.com (3-24-2005) | | |
| 7B. | Sample home study from 1-800-adoption.com (7-23-2008) | | |
| 8. | Power of Attorney Documents signed by Gary and Lisa B. | | |
| 9. | Power of Attorney Documents signed by Donald and Cheryl R. | | |
| 10. | Recorded Interview of Nicole Eason on April 3, 2015 | | |
| 10-Tr. | Transcript of Recorded Interview of Nicole Eason on April 3, 2015 | | |
| 11. | Recorded Interview of Calvin Eason on April 3, 2015 | | |
| 11-Tr. | Transcript of Interview of Calvin Eason on April 3, 2015 | | |
| 12. | Recorded Video Interview of Nicole Eason in 2013 | | |
| 12-Tr. | Transcript of Video Interview of Nicole Eason in 2013 | | |
| 13. | Recorded Audio Interview of Nicole Eason in 2013 | | |
| 13-Tr. | Transcript of Audio Interview of Nicole Eason in 2013 | | |

| | | | |
|---|---|---|---|
| 14. (group) | Emails to/From Lynne Banks | | |
| 15A. | Photo- 1403 Chandler, Danville, IL | | |
| 15B. | Photo- 1403 Chandler, Danville, IL | | |
| 15C. | Photo- 1403 Chandler, Danville, IL | | |
| 16A. | Photo -109 E. 5th St., Westville, IL | | |
| 16B. | Photo -109 E. 5th St., Westville, IL | | |
| 17. | Airline ticket stubs for September 3, 2008 to Dallas, TX | | |
| 18. (group) | Photos retrieved from 16575E/1200N Rd. Lot 6, Westville, IL in October 2008 | | |
| 19. | Curriculum Vitae Dr. Myra West | | |
| 20A. | Stipulation - J.M. | | |
| 20B. | Stipulation - J.E. and C.E. | | |
| 20C. | Stipulation - Ex. 6 and 6A | | |
| 20D. | Stipulation - Public Aid Benefits | | |
| 20E. | Stipulation - IRS Records | | |
| 20F. | Stipulation - Ex. 10,10-Tr, 12, 12-Tr, 13, 13-Tr | | |
| 21. | Recorded Interview of K.R. on February 20, 2015 | | |
| 21-Tr. | Transcript of Interview with K.R. on February 20, 2015 | | |
| 22. | Microsoft Account Records for cookiemonster_@live.com | | |
| 23. | Emails to/from Nicole Eason and Ian D. | | |
| 24. | *[intentionally left blank]* | | |
| 25. | Recorded Audio Interview of Calvin Eason in 2013 | | |
| 25-Tr. | Transcript of Recorded Audio Interview of Calvin Eason in 2013 | | |
| 26. | Records from Yahoo! for momma_bear2000@yahoo.com | | |
| 27. | Records from Yahoo! for | | |

| | adopting_dad2000@yahoo.com | | |

Respectfully submitted,

JAMES A. LEWIS
UNITED STATES ATTORNEY

*s/Elly M. Peirson*
Elly M. Peirson, Bar No. IL 6298075
Assistant United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone: 217/373-5875
elly.peirson@usdoj.gov

*s/Jennifer Toritto Leonardo*
Jennifer Toritto Leonardo
Trial Attorney, Child Exploitation and Obscenity Section
Department of Justice, Criminal Division
1400 New York Ave. NW, 6th Floor
Washington, DC 20530
Telephone: (202) 514-5780
Jennifer.leonardo@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.   Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/Elly M. Peirson*
Elly M. Peirson, IL Bar No. 6298075
Assistant United States Attorney
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Telephone: (217) 373-5875
elly.peirson@usdoj.gov
