Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Nicole Eason** ) | |
| ) | |
| **Petitioner-Defendant** ) | |
| ) | |
| vs. ) | **Criminal Case Number:** 15-CR-20015-001 |
| ) | |
| **United States of America** ) | **Civil Case Number:** 20-CV-2263 |
| ) | |
| **Respondent-Plaintiff** ) | |

## JUDGMENT ON MOTION UNDER 2255

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Petitioner Nicole Eason's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 is dismissed without prejudice.

**Dated: November 3, 2020**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court

s/ JES